# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2019

159928 (57)

SIMMONS PROPERTIES, LLC,
      Plaintiff/Counterdefendant-Appellant,

v

LANSING ENTERTAINMENT AND PUBLIC
FACILITIES AUTHORITY,
      Defendant/Counterplaintiff-Appellee.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159928
COA: 346657
Ingham CC: 18-000474-CK

      On order of the Chief Justice, the motion of the plaintiff-appellant to continue stay is DENIED as moot. Pursuant to MCR 7.305(I), "[w]hen a stay bond has been filed on appeal to the Court of Appeals under MCR 7.209 or a stay has been entered or takes effect pursuant to MCR 7.209(E)(7), it operates to stay proceedings pending disposition of the appeal in the Supreme Court unless otherwise ordered by the Supreme Court or the Court of Appeals." The Court of Appeals entered a stay pending appeal on December 7, 2018, which remains in effect without further order by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2019



izm

Clerk